## United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1135
_____

Aura Ramirez-Lopez

*Petitioner*

v.

Merrick B. Garland, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 30, 2024
Filed: September 10, 2024
[Unpublished]

_____

Before KELLY, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Aura Ramirez-Lopez challenges the denial of her application for asylum and withholding of removal. The evidence in the record does not show that she is eligible for relief. *See Lemus-Arita v. Sessions*, 854 F.3d 476, 480, 482 (8th Cir. 2017) (explaining the standard of review and what it takes to establish a well-founded fear of future persecution). She has conceded her inability to show past persecution, and

substantial evidence supports the conclusion that she has no well-founded fear of future persecution.[1]  *See id.* at 482.  We accordingly deny the petition for review. *See* 8th Cir. R. 47B.

_____

_____

[1]Given this conclusion, it is unnecessary to address any of the other arguments she raises.  *See Cano v. Barr*, 956 F.3d 1034, 1040 & n.4 (8th Cir. 2020); *see also Chay-Velasquez v. Ashcroft*, 367 F.3d 751, 756 (8th Cir. 2004) (discussing waiver).